**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PAUL SAMPSON | § | |
| | § | CIVIL ACTION NO. 4:25-cv-01820 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| THE LINEN WAREHOUSE INC and | § | |
| MABROUK, INC. | § | |
| | § | |
| Defendants | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled.  Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: August 11, 2025

Respectfully submitted,

LAW OFFICES OF R. BRUCE THARPE
PO Box 101
Olmito, Texas 78575
(956) 255-5111
(866) 599-2596 - Fax

BY:    _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
Texas State Bar ID No. 19823800
Federal Bar ID 13098
PLAINTIFF'S COUNSEL

CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the Southern District of Texas ECF system on August 11, 2025.

_/s/ R. Bruce Tharpe_
R. Bruce Tharpe

1