United States District Court
Southern District of Texas

**ENTERED**

August 20, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SAMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01820 |
| | § | |
| LINEN WAREHOUSE INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached (Dkt. No. 15). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this Order.

It is so Ordered.

SIGNED on August 20, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1