**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PAUL SAMPSON | § | |
| | § | CIVIL ACTION NO. 4:25-cv-01820 |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | |
| THE LINEN WAREHOUSE INC and | § | |
| MABROUK, INC. | § | |
| | § | |
| Defendants | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, PAUL SAMPSON Plaintiff and THE LINEN WAREHOUSE INC and MABROUK, INC., Defendants have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendants in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    September 10, 2025    FOR PAUL SAMPSON, Plaintiff

BY:    _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:      September 10, 2025    FOR MABROUK, INC., Defendant

BY:  */S/   Eric C. Mettenbrink*
Mr. Eric C. Mettenbrink
HIRSCH & WESTHEIMER, PC
1415 Louisiana, 36th Floor
Houston, Texas 77002
(713) 223-5181 Office
(713) 223-9319 Fax
Texas State Bar ID No. 24043819
Federal Bar ID No. 569887